ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

DANIEL HIGHTOWER,
         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

INDICTMENT

13 CRIM 316

DOC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: APR 25 2013

## COUNT ONE

The Grand Jury charges:

1. On or about January 26, 2013, in the Southern District of New York, DANIEL HIGHTOWER, the defendant, willfully and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with an individual who was a Mail Carrier with the United States Postal Service engaged in the performance of her official duties, and in the course thereof inflicted bodily injury, to wit, HIGHTOWER physically assaulted a United States Postal Service Mail Carrier by the cluster mailbox located at 459 East 179th Street in the Bronx while that Mail Carrier was delivering mail, and, in the course of that assault, bloodied that Mail Carrier, caused lacerations to her face, fractured her eye socket, and caused brain swelling and bleeding on her brain.

(Title 18, United States Code, Section 111(a)(1) and (2).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

JUDGE OETKEN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DANIEL HIGHTOWER

　　　　　　　　　Defendant.

INDICTMENT

13 Cr.

(18 U.S.C. § 111(a)(1) and (b))

　　　　　　　　　　　　　PREET BHARARA
　　　　　　　　　　　United States Attorney.

A TRUE BILL

　　　　　　　　　　　　　　　Foreperson.

April 25, 2013
Filed indictment. Case assigned to Judge Oetken.
　　　　　　　　　　U.S.M.J. Debra Freeman.